UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUN YONG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF THE U.S.,<br><br>　　　　Respondent. | Case No. 2:21-cv-01603-GMN-NJK<br><br>**ORDER** |

　　　This is a habeas corpus action under 28 U.S.C. § 2241.  The court directed petitioner either to file an application to proceed in forma pauperis or to pay the filing fee.  ECF No. 3.  The court's order has been returned in the mail with the notation that petitioner is not in custody at the Nevada Southern Detention Center.  Petitioner has not provided the court a new address.  The court thus dismisses this action under LR IA 3-1.

　　　Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

　　　IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice because petitioner has not informed the court of his current address.  The clerk of the court is directed to enter judgment accordingly and to close this action.

///

///

1

1  IT FURTHER IS ORDERED that a certificate of appealability will not issue.

2  DATED: November 1, 2021

~~~
                                    _____
                                    GLORIA M. NAVARRO
                                    United States District Judge
~~~